```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                             CASE NO. 05 B 21818
   ROBBIE SANDERS
                                                   CHAPTER 13

                                                   JUDGE: JACQUELINE P COX

         Debtor
   SSN XXX-XX-7638


------------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     The case was filed on 06/01/2005 and was confirmed 08/22/2005.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  11.00%.

     The case was converted to chapter 7 after confirmation 04/25/2008.
------------------------------------------------------------------------------
CREDITOR NAME                 CLASS          CLAIM AMOUNT     INTEREST       PRINCIPAL
                                                                PAID           PAID
------------------------------------------------------------------------------
UNITED AUTO CREDIT CORP   UNSECURED          1285.00             .00            .00
UNITED AUTO CREDIT CORP   SECURED            8171.00          726.36        5802.49
ILLINOIS DEPT OF REVENUE  PRIORITY           3000.00             .00            .00
ASSET ACCEPTANCE CORP     UNSECURED           219.04             .00            .00
ASSET ACCEPTANCE CORP     UNSECURED          1047.55             .00            .00
IL STATE DISBURSEMENT UN  UNSECURED         NOT FILED            .00            .00
CITY OF CHICAGO PARKING   UNSECURED           2325.00            .00            .00
MEDICAL PAYMENT DATA      UNSECURED         NOT FILED            .00            .00
NCO MARLIN                UNSECURED         NOT FILED            .00            .00
NCO MARLIN                NOTICE ONLY       NOT FILED            .00            .00
OSI COLLECT               UNSECURED         NOT FILED            .00            .00
OSI COLLECTION SERVICE I  NOTICE ONLY       NOT FILED            .00            .00
PROFESSIONAL ACCOUNT MGM  UNSECURED         NOT FILED            .00            .00
PROFESSIONAL ACCOUNT MGM  NOTICE ONLY       NOT FILED            .00            .00
PEOPLES GAS LIGHT & COKE  FILED LATE          2520.93            .00            .00
ASSET ACCEPTANCE CORP     UNSECURED           4191.89            .00            .00
PORTFOLIO RECOVERY ASSOC  UNSECURED           1290.80            .00            .00
IL STATE DISBURSEMENT UN  PRIORITY             679.21            .00            .00
INTERNAL REVENUE SERVICE  PRIORITY          NOT FILED            .00            .00
IL STATE DISBURSEMENT UN  UNSECURED            246.74            .00            .00
LEGAL REMEDIES CHARTERED  DEBTOR ATTY         2,280.00                       2,280.00
TOM VAUGHN                TRUSTEE                                              505.70
DEBTOR REFUND             REFUND                                                 .00

     Summary of Receipts and Disbursements:
------------------------------------------------------------------------------
                          RECEIPTS        DISBURSEMENTS
------------------------------------------------------------------------------
TRUSTEE                  9,314.55

PRIORITY                                         .00
SECURED                                      5,802.49

                 PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 05 B 21818 ROBBIE SANDERS
```

```
     INTEREST                                              726.36
UNSECURED                                                     .00
ADMINISTRATIVE                                           2,280.00
TRUSTEE COMPENSATION                                       505.70
DEBTOR REFUND                                                 .00
                                    ----------------  ----------------
TOTALS                                     9,314.55         9,314.55
```

Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                /s/ Tom Vaughn
Dated: 07/18/08                 _____
                                TOM VAUGHN
                                CHAPTER 13 TRUSTEE
```